## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO:**

| | |
|---|---|
| LINCOLN J. GAUDET AND DEANNE M. GAUDET, | ) |
| Plaintiffs | ) |
| vs. | ) |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC and U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS' INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE TRUMAN 2021-SC9 TITLE TRUST, | ) |
| Defendants | ) |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluable possible disqualifications or recusal, the undersigned counsel for Defendant U.S. Bank Trust National Association, not in its' Individual Capacity but solely as Trustee of the Truman 2021-SC9 Title Trust ("U.S. Bank"), discloses as follows:

1. U.S. Bank is a wholly-owned subsidiary of Roosevelt Management Company, LLC.

2. No publicly held company owns 10% or more of U.S. Bank's stock.

Respectfully submitted,
U.S. Bank Trust National Association, not in its' Individual Capacity but solely as Trustee of the Truman 2021-SC9 Title Trust,
By its attorneys,

*/s/ Steven G. Manchini*
Steven G. Manchini, Esq. - BBO# 635051
CUNNINGHAM, MACHANIC, CETLIN,
JOHNSON, HARNEY & TENNEY, LLP
220 North Main Street, Ste. 301
Natick, MA 01760-1100
TEL: 508-651-7524, ext. 232
FAX: 508-653-011
smanchini@cmlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing Corporate Disclosure Statement electronically and by email on this 28th day of March, 2023 on the following:

Todd S. Dion, Esq.
Attorney for Lincoln J. Gaudet
and Deanne M. Gaudet
toddsdion@msn.com

/s/ Steven G. Manchini
Steven G. Manchini, Esq. - BBO# 635051
CUNNINGHAM, MACHANIC, CETLIN,
JOHNSON, HARNEY & TENNEY, LLP
220 North Main Street, Ste. 301
Natick, MA 01760-1100
TEL: 508-651-7524, ext. 232
FAX: 508-653-011
smanchini@cmlaw.net