UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

| LINCOLN J. GAUDET AND DEANNE M. GAUDET, | )
|---|---|
| Plaintiffs | ) ) ) |
| vs. | ) ) ) |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC and U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS' INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE TRUMAN 2021-SC9 TITLE TRUST, | ) ) ) ) ) ) |
| Defendants | ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluable possible disqualifications or recusal, the undersigned counsel for Defendant Rushmore Loan Management Services, LLC ("Rushmore") discloses the following:

1. Rushmore is a Delaware limited liability company. Rushmore is owned 100% by Roosevelt Management Company LLC which is a Delaware limited liability company. Roosevelt Management Company LLC is wholly owned by Roosevelt Parent LLC which is also a Delaware limited liability company. Roosevelt Parent LLC is owned by Roosevelt Senior Professional LLC, Roosevelt Parent Feeder LLC, Roosevelt Delaware LLC, and President Intermediate Holding Company Inc. Roosevelt Senior Professional LLC is a Delaware limited liability company. Roosevelt Parent Feeder LLC is a Delaware limited liability company with members who are individuals, one of which is domiciled in the State of New Jersey, three of which are domiciled in the State of New York, two of which are domiciled in

the State of California, one of which is domiciled in the State of Florida, one of which is domiciled in the State of New Hampshire, one of which is domiciled in the State of Arizona and five of which are domiciled in the of the State of Texas.

2. There are no publicly held corporations that directly or indirectly own 10% or more of Rushmore Loan Management Services LLC's membership interests.

Respectfully submitted,
Rushmore Loan Management Services, LLC,
By its attorneys,

*/s/ Steven G. Manchini*
Steven G. Manchini, Esq. - BBO# 635051
CUNNINGHAM, MACHANIC, CETLIN,
JOHNSON, HARNEY & TENNEY, LLP
220 North Main Street, Ste. 301
Natick, MA 01760-1100
TEL: 508-651-7524, ext. 232
FAX: 508-653-011
smanchini@cmlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing Corporate Disclosure Statement electronically and by email on this 28th day of March, 2023 on the following:

Todd S. Dion, Esq.
Attorney for Lincoln J. Gaudet
and Deanne M. Gaudet
toddsdion@msn.com

/s/ Steven G. Manchini
Steven G. Manchini, Esq. - BBO# 635051
CUNNINGHAM, MACHANIC, CETLIN,
JOHNSON, HARNEY & TENNEY, LLP
220 North Main Street, Ste. 301
Natick, MA 01760-1100
TEL: 508-651-7524, ext. 232
FAX: 508-653-011
smanchini@cmlaw.net