UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 1:23-cv-10667-RGS

LINCOLN J. GAUDET AND DEANNE M. GAUDET,

    Plaintiffs,

vs.

RUSHMORE LOAN MANAGEMENT SERVICES, LLC and U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE TRUMAN 2021 SC9 TITLE TRUST,

    Defendants.

## STIPULATION and ORDER OF THE COURT

NOW COMES, the Plaintiffs, Lincoln J. Gaudet and Deanne M. Gaudet, and the Defendants, Rushmore Loan Management Services, LLC and U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of the Truman 2021 SC9 Title Trust, through their respective counsel, and stipulate and agree as follows:

1. The parties have reached a mutually agreeable settlement of the claims asserted by the Plaintiffs, or that could be asserted by the Plaintiffs. The terms of the settlement are as follows:

    a. Any transfer of 14 Crest Road, Natick, MA (the "Property") as a result of the foreclosure auction and/or the foreclosure by entry completed by the Defendants on May 3, 2023 of the mortgage recorded with the Middlesex County (Southern District) Registry of Deeds in Book 43429, Page 569 (the "Mortgage") is hereby rescinded and terminated.

    b.    The Mortgage and all related loan documents, including the note, remain in full force and effect and are enforceable against both the Property and the Plaintiffs. The power of sale in the Mortgage remains in full force and effect.

    c.    Defendants, their successors and assigns, shall offer modification to the subject Mortgage loan with a 5.75% fixed interest rate and 480 month term, escrows required. The modification is subject to a six (6) month trial period and will not complete unless and until all trial period payments are fully and timely received. There will be no modification if all trial period payments are not fully and timely received.

    2.    The Plaintiffs and Defendants stipulate that this Action and all claims are dismissed with prejudice and with each party to bear his/its own costs and attorney's fees, and all Parties waive and release any claim they have arising out of the subject matter of this Action..

Respectfully submitted,

| Lincoln J. Gaudet and Deanne M. Gaudet, By their Attorney, <br><br>*[signature: Todd Dion]*<br><br>Todd S. Dion, Esq. (BBO# 659109)<br>15 Cottage Avenue, Suite 202<br>Quincy, MA 02169<br>Tel: (401) 965-4131<br>toddsdion@msn.com | Rushmore Loan Management Services, LLC and U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of the Truman 2021 SC9 Title Trust,<br>By their Attorney,<br><br>/s/ Steven G. Manchini<br><br>Steven G. Manchini, Esq. (BBO# 635051)<br>Cunningham, Machanic, Cetlin, Johnson, Harney & Tenney, LLP<br>220 North Main Street, Suite 301<br>Natick, MA 01760<br>Tel: (508) 651-7524, Ext 232<br>smanchini@cmlaw.net |

SO ORDERED

Date:                                                      /s/ Richard G. Stearns, USDJ    1/5/2024
                                                                                  , Judge